IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,       :

       Plaintiff,                :

vs.                                          :     Case No. 3:20cr53

JUSTIN WOODS,                          :     JUDGE WALTER H. RICE

       Defendant.               :

---

PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

---

| | |
|---|---|
| Date of Scheduling Conference | 6/25/2020 |
| Jury Trial Date | 8/31/2020 |
| Final Pretrial Conference (by telephone) | Monday, 8/24/2020 at 5:00 pm |
| Motion Filing Deadline | |
|    Oral and Evidentiary Motions | 8/10/2020 |
|    Other Motions | 8/17/2020 |
| Discovery Cut-off | 8/17/2020 |
| Speedy Trial Deadline | 9/1/2020 |
| Discovery out – Plaintiff to Defendant | available 6/29/2020 |

WALTER H. RICE
UNITED STATES DISTRICT JUDGE