IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                         Case No.   3:20cr53

JUSTIN WOODS,            JUDGE WALTER H. RICE

    Defendant.

---

ENTRY GRANTING FURLOUGH FOR STATED
PERIOD OF TIME ON STATED CONDITIONS

---

      Defendant, Justin Woods, is to be brought to the United States Pretrial Services Office by the United States Marshals Service at noon on Wednesday, March 10, 2021, where he will sign the necessary bond papers and be fitted with an electronic ankle bracelet. He is then to be released in the custody of his wife, Amber Woods, at noon on the aforesaid March 10, 2021. He is then to be taken immediately to his residence at 1312 Valley Street in Dayton, Ohio, where he is to reside with his family, on 24-hour electronically monitored home detention, until he is returned to the Marshals Office in Dayton, Ohio, at noon on Monday, March 29, 2021, from where he is to be returned to the designated county jail facility to await sentencing.

March 10, 2021                              WALTER H. RICE
                                                    UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Marie Sebatware, US Pretrial Services
US Marshals