IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:20-cr-53 |
| Plaintiff, | : | Judge Walter H. Rice |
| v. | : | |
| JUSTIN I. WOODS, | : | |
| Defendant. | : | |

### **FINAL ORDER OF FORFEITURE**

Upon the United States' Motion for Final Order of Forfeiture and the Court's review of the record, the Court HEREBY FINDS THAT:

On January 11, 2021, the Court entered a Preliminary Order of Forfeiture, finding that all right, title, and interest in the following (the "subject property"):

- Del-Ton Inc. DTI-15 Rifle CAL: 556, Serial No. DTI-S013858;

- Glock GMBH 19 Pistol CAL: 9, Serial No. UVY450;

- 29 Rounds Assorted Ammunition CAL: 9;

- 45 Rounds Assorted Ammunition CAL: 9;

- 15 Rounds Federal Ammunition CAL: 12;

- 31 Rounds Other Ammunition CAL 223; and

- 61 Rounds Federal Ammunition CAL 223,

had been forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

The Court also found that the defendant had an interest in the subject property and directed the United States to seize the subject property and to give notice of its intent to forfeit the property.

The United States gave electronic notice through the CM/ECF notification system of the

Preliminary Order of Forfeiture to counsel for the defendant, and the defendant did not object to the forfeiture.

On April 8, 2021, the Court held the defendant's sentencing hearing and announced the forfeiture of the subject property. The Judgment establishes that the defendant shall forfeit the subject property to the United States.

The United States published notice of this forfeiture action and of its intent to dispose of the subject property in accordance with the law on an official internet government forfeiture site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 12, 2021.

The United States did not send direct written notice of the Preliminary Order of Forfeiture because there was no person who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the subject property in the ancillary proceeding.

No person or entity has filed a timely petition with the Court asserting any interest in the subject property or objecting to its proposed forfeiture.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. All right, title, and interest in the subject property is condemned and forfeited to the United States under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2. The United States shall dispose of the subject property in accordance with the law.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

SO ORDERED:

Dated: 5-18-21

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE